IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SANDY L. KETCHEN, III,**

   *Plaintiff*,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:24cv37-MW/MJF

**DRJ GAINESVILLE K, LLC, et al.,**

   *Defendants*.
_____/

## ORDER GRANTING UNOPPOSED EXTENSION

This Court has considered, without hearing, Defendant Ally Financial, Inc.'s unopposed motion for an extension of time for it to respond to Plaintiff's complaint. ECF No. 13. The motion is **GRANTED**. Defendant Ally Financial, Inc. shall respond to Plaintiff's complaint **on or before Monday, March 11, 2024**.

**SO ORDERED on February 16, 2024.**

                                                          s/Mark E. Walker_____
                                                          **Chief United States District Judge**