UNITED STATES FEDERAL COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CASE NO.: 1:24-cv-00037-MW-MJF

SANDY L. KETCHEN, III,
An individual,

    Plaintiff,

vs.

DRJ GAINESVILLE K, LLC,
d/b/a JENKINS KIA OF GAINESVILLE,
a Florida Limited Liability Company, and
ALLY FINANCIAL, INC.,
a Foreign Profit Company.

    Defendant(s).
_____/

## MOTION TO WITHDRAW AS COUNSEL

**COME NOW**, JOSHUA FEYGIN, ESQ. along with the firm of SUE YOUR DEALER – A LAW FIRM, and hereby files this Motion to Withdraw a Counsel for Plaintiff, SANDY L. KETCHEN, III ("Plaintiff") and in support thereof state as follows:

1.    Plaintiff and his attorney have irreconcilable differences such that the Florida Bar rules make withdraw the only option available.

2.    The undersigned attorney and law firm respectfully request that this Court approve this motion to withdraw.

3.    Plaintiff has been notified that the undersigned is withdrawing.

Plaintiff is also being contemporaneously served with a copy of this motion by First Class Mail and via e-mail.

4.  Plaintiff's counsel has also notified opposing counsel who do not oppose the Motion.

## Certificate of Conference Under Local Rule 7.1(b)

The movant has conferred with counsel for both defendants who do not oppose the relief sought herein.

**WHEREFORE**, JOSHUA FEYGIN, ESQ., and the firm of SUE YOUR DEALER – A LAW FIRM, respectfully requests this Honorable Court to grant this motion allowing the aforementioned counsel and firms to withdraw as counsel for Plaintiff and relieve the same from any and all responsibilities hereto.

Dated: March 5, 2024            Respectfully submitted,

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685
Email:  Josh@Sueyourdealer.com
SUE YOUR DEALER – A LAW FIRM
1930 Harrison St, Suite 208F
Hollywood, FL 33020
Tel: (954) 228-5674
Fax: (954) 697-0357

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 5, 2024, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record. In addition, the same has been mailed via USPS First Class Mail to Plaintiff, Sandy L. Ketchen, III at 71 B Maple St., Winooski VT 05404, and dispatched via email to: Biglomax@gmail.com.

/s/ Joshua E. Feygin
JOSHUA FEYGIN, ESQ.
FL Bar No.: 124685