**UNITED STATES FEDERAL COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**CASE NO.: 1:24-cv-00037-MW-MJF**

SANDY L. KETCHEN, III,
An individual,

    Plaintiff,

vs.

DRJ GAINESVILLE K, LLC,
d/b/a JENKINS KIA OF GAINESVILLE,
a Florida Limited Liability Company, and
ALLY FINANCIAL, INC.,
a Foreign Profit Company.

    Defendant(s).
_____/

**ORDER ON MOTION TO WITHDRAW**

**UPON CONSIDERATION** of JOSHUA FEYGIN, ESQ., and the law office of SUE YOUR DEALER – A LAW FIRM's ("Counsel") Motion to Withdraw ("Motion") as counsel on behalf of Plaintiff, SANDY L. KETCHEN, III, and for good cause shown, it is:

**ORDERED AND AJUDGED** that the Motion is **GRANTED**, *in toto*. Counsel is relieved of and from any further responsibility in this action.

**DONE AND ORDERED** in Chambers at Jacksonville, Florida, on _____.

                                      _____
                                      **JUDGE MARK E. WALKER**
                                      **UNITED STATES DISTRICT JUDGE**

Cc: All parties of record