IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SANDY L. KETCHEN, III,

    *Plaintiff*,

v.   Case No.: 1:24cv37-MW/MJF

DRJ GAINESVILLE K, LLC,
et al.,

    *Defendants.*

_____/

## ORDER SETTING TELEPHONIC HEARING

Pending before this Court is the motion for Plaintiff's counsel to withdraw. ECF No. 18. The Clerk is directed to set this motion for a telephonic hearing **on Thursday, March 14, 2024, at 2:00 p.m. (ET)**. Plaintiff's counsel shall contact Plaintiff, provide her with a copy of this Order and the notice of the telephonic hearing, and then notify this Court that Plaintiff's counsel has completed both tasks **on or before Tuesday, March 12, 2024**. Both Plaintiff and Plaintiff's counsel shall appear at the telephonic hearing. Plaintiff's counsel must also provide the Courtroom Deputy, who may be reached at 850-521-3510, with Plaintiff's phone number **on or before Tuesday, March 12, 2024**.

    **SO ORDERED on March 5, 2024.**

                                              s/Mark E. Walker          
                                              **Chief United States District Judge**