**UNITED STATES FEDERAL COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**CASE NO.: 1:24-cv-00037-MW-MJF**

SANDY L. KETCHEN, III,
An individual,

    Plaintiff,

vs.

DRJ GAINESVILLE K, LLC,
d/b/a JENKINS KIA OF GAINESVILLE,
a Florida Limited Liability Company, and
ALLY FINANCIAL, INC.,
a Foreign Profit Company.

    Defendant(s).
_____/

**NOTICE OF COMPLIANCE WITH COURT ORDER**

    The undersigned, Attorney Joshua Feygin, hereby files this Notice of Compliance with Court Order and notifies the Court that he has provided a copy of the Court's Order [DE 19] along with the telephonic hearing access instructions via e-mail to Mr. Ketchen. A copy will also be mailed to Mr. Ketchen.

Dated: March 5, 2024        Respectfully submitted,

                                        /s/ Joshua E. Feygin
                                        JOSHUA FEYGIN, ESQ.
                                        FL Bar No.: 124685
                                        Email: Josh@Sueyourdealer.com
                                        SUE YOUR DEALER – A LAW FIRM
                                        1930 Harrison St, Suite 208F

>Hollywood, FL 33020
>Tel: (954) 228-5674
>Fax: (954) 697-0357

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 5, 2024, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Florida, using the CM/ECF system, and that the foregoing document was served electronically to all counsel of record. In addition, the same has been mailed via USPS First Class Mail to Plaintiff, Sandy L. Ketchen, III at 71 B Maple St., Winooski VT 05404, and dispatched via email to: Biglomax@gmail.com.

>/s/ Joshua E. Feygin
>JOSHUA FEYGIN, ESQ.
>FL Bar No.: 124685