IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SANDY L. KETCHEN, III,**

    *Plaintiff*,

v.                                        Case No.: 1:24cv37-MW/MJF

**DRJ GAINESVILLE K, LLC,**
**et al.,**

    *Defendants.*
_____/

**ORDER GRANTING MOTION TO WITHDRAW AND**
**REFERRING CASE TO MAGISTRATE JUDGE**

Pending before this Court is Plaintiff's counsel's motion to withdraw. ECF No. 18. The parties met for a telephonic hearing on the motion on March 14, 2024. During the hearing, Plaintiff informed this Court that he does not oppose the motion. Further, this Court offered to stay proceedings to give Plaintiff time to find new counsel. Plaintiff declined to stay the proceedings and indicated that he has exhausted his efforts to find new counsel and will instead proceed *pro se*. Accordingly, the motion, ECF NO. 18, is **GRANTED**. Moreover, because Plaintiff is proceeding *pro se*, this Court refers this matter to Magistrate Judge Michael J.

Frank under Local Rule 72.2(E) for further proceedings.

**SO ORDERED on March 14, 2024.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**