IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**SANDY L. KETCHEN, III,**

   *Plaintiff*,

v.                                               Case No.: 1:24cv37-MW/MJF

**DRJ GAINESVILLE K, LLC,
and ALLY FINANCIAL INC.,**

   *Defendants*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 27. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 27, is **accepted and adopted** as this Court's opinion. Plaintiff and Defendant Ally Financial, Inc.'s joint motion to dismiss the claims against Ally Financial, Inc., and submit these claims to arbitration, ECF No. 26, is **GRANTED**. Plaintiff's claims against Defendant Ally Financial, Inc., are **DISMISSED without prejudice** and submitted to binding arbitration in accordance with their agreement. Plaintiff's claims against DRJ

Gainesville K, LLC, remain pending. This Clerk shall return this case to the Magistrate Judge for further proceedings consistent with this Order.

**SO ORDERED on June 10, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
