IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SANDY L. KETCHEN, III,

    *Plaintiff*,

v.                       **Case No.: 1:24cv37-MW/MJF**

DRJ GAINESVILLE K, LLC,

    *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 43. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 43, is **accepted and adopted** as this Court's opinion. Defendant's motion to dismiss and compel arbitration, ECF No. 39, is **GRANTED in part** and **DENIED in part**. The motion is **GRANTED** to the extent Defendant seeks an order compelling arbitration. The parties are **ORDERED** to submit this dispute to binding arbitration in accordance with the terms of their agreement. This case is **STAYED** pending arbitration of the parties' dispute. The motion, ECF No. 39, is **DENIED without prejudice** to the extent

Defendant seeks to dismiss Plaintiff's claims. The parties shall notify this Court when they have completed arbitration. The Clerk shall administratively close the file, which will be reopened upon the filing of the parties' notice that arbitration has been completed.

**SO ORDERED on September 18, 2024.**

**s/Mark E. Walker**
**Chief United States District Judge**